UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

       -v-                         :      **INFORMATION**

JAMAL BUSSEY,                       :      06 Cr.

                    Defendant.
- - - - - - - - - - - - - - - - - - - -x



06 CRIM 646

COUNT ONE

The United States Attorney charges:

1. In or about April 2005, in the Southern District of New York and elsewhere, JAMAL BUSSEY, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, violations of Title 18, United States Code, Sections 2113(a) and (d).

Objects of the Conspiracy

2. It was a part and an object of the conspiracy that JAMAL BUSSEY, the defendant, and others known and unknown, unlawfully, willfully and knowingly, by force and violence, and by intimidation, would and did take, and attempt to take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, the deposits of each of which were then insured by the

Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

3. It was further a part and an object of the conspiracy that JAMAL BUSSEY, the defendant, and others known and unknown, while attempting to commit bank robberies, unlawfully, willfully and knowingly would and did assault persons and put in jeopardy the lives of such persons by the use of a dangerous weapon, namely, a firearm and a pellet gun, in violation of Title 18, United States Code, Section 2113(d).

### Overt Acts

4. In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York:

   a. On or about April 20, 2005, BUSSEY and co-conspirators not named herein drove to the vicinity of Divine Corners Road in Loch Sheldrake, New York and attempted to enter a residence.

(Title 18, United States Code, Section 371.)

### COUNT TWO

The United States Attorney further charges:

5. On or about April 20, 2005, in the Southern District of New York, JAMAL BUSSEY, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, attempted to take, from the

persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of the First National Bank of Jeffersonville, 1278 Route 52, Loch Sheldrake, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC").

(Title 18, United States Code, Sections 2113(a) & 2.)

## COUNT THREE

The United States Attorney further charges:

6. On or about April 20, 2005, in the Southern District of New York and elsewhere, JAMAL BUSSEY, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, used and carried a firearm and, in furtherance of such crime, possessed a firearm, to wit, the conspiracy to commit bank robbery charged in Count One of this Information.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

3