UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA                          :

          - v -                                   :          **ORDER**

JAMAL BUSSEY,                                      :          00 Cr. 646

                        Defendant.                :          06 cr 646 (cm)

----------------------------------------------------------x

An order having heretofore been made in this case authorizing the Clerk of this

Court to accept the sum of Three Thousand Dollars ($3,000.00) cash, to deposit the same in the

registry of this Court in lieu and place of bail for the appearance of the above named defendant.

In accordance with the provisions of the bond given by the said defendant; and subsequently on

August 2, 2006, Mr. Bussey pleaded guilty before the Honorable George A. Yanthis and was

remanded after his plea.

          IT IS HEREBY ORDERED that the Clerk of this Court pay out of the registry of

this Court the sum of Three Thousand Dollars ($3,000.00) less the Clerk's fees, if any, to Linda

Bussey, the assignee of the cash bail posted by the defendant.

Dated: White Plains, New York
       August 22, 2006

                                             _____
                                             UNITED STATES DISTRICT JUDGE

CONSENTED TO
UNITED STATES ATTORNEY

By: _____
    JOHN P. COLLINS, JR.
    Assistant United States Attorney
    Telephone: (914) 993-1919